IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL RAYE DANNER,** | : |
| **Plaintiff,** | : |
| vs. | |
| | :    **CIVIL ACTION 07-0221-WS-M** |
| **MOBILE COUNTY,** *et al*, | |
| | : |
| **Defendants.** | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** and **ORDERED** this 24th day of June, 2008.

                                                 s/WILLIAM H. STEELE
                                                 UNITED STATES DISTRICT JUDGE